UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL ALBERTO BOTERO-URIBE (1)<br>SAUL VALEAZQUEZ-MEDINA (11),<br>DIEGO LUIS VALENCIA-CADAUID (12),<br><br>    Defendants. | Criminal Case No. 92CR1279-IEG<br><br>ORDER OF DISMISSAL OF INDICTMENT;<br>WITHDRAWAL OF ARREST WARRANTS;<br>AND JUDGMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants MANUEL ALBERTO BOTERO-URIBE (1), SAUL VALEAZQUEZ-MEDINA (11), DIEGO LUIS VALENCIA-CADAUID (12), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrants for MANUEL ALBERTO BOTERO-URIBE (1), SAUL VALEAZQUEZ-MEDINA (11), DIEGO LUIS VALENCIA-CADAUID (12), be recalled.

**IT IS SO ORDERED.**

**DATED: February 10, 2012**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**

AWR:kaj
2/3/12